Case Number: __18__ - CV - __6720__ ( _NGG_ ) (PK)

# PROPOSED DISCOVERY PLAN[1]

| | DONE | NOT APPLICABLE | DATE |
|---|---|---|---|
| **A. ACTIONS REQUIRED _BEFORE_ THE INITIAL CONFERENCE** | | | |
| 1. Rule 26(f) Conference held | X | | 1/30/19 |
| 2. Rule 26(a)(1) disclosures exchanged | | | 2/28/19 |
| 3. Requests made: | | | |
|     a. Medical records authorization | | X | |
|     b. Section 160.50 releases for arrest records | X | | |
|     c. Identification of John Doe/Jane Doe defendants | | X | |
|     d. Proposed Stipulation of Confidentiality | X | | |
| 4. Procedures for producing Electronically Stored Information (ESI) discussed | X (proposed) | | |
| **B. SETTLEMENT** | | | |
| 1. Plaintiff to make settlement demand | | | 5/31/19 |
| 2. Defendant to make settlement offer | | | 6/28/19 |
| 3. Referral to EDNY mediation program pursuant to Local Rule 83.8? (If yes, enter date to be completed) | | | _Parties to inform Court by 4/10/19_ |
| 4. Settlement Conference (proposed date) | | | ~~7/10/19~~ _parties to propose new date_ |
| **C. PROPOSED DEADLINES** | | | |
| 1. Motion to join new parties or amend pleadings | | | Within 30 days of the Court's disposition of all Rule 12 motions, subject to the applicable statute of limitation. |
| 2. Initial documents requests and interrogatories | | | 4/10/19 |
| 3. All fact discovery to be completed (including disclosure of medical records) | | | 12/20/19 |
| 4. Joint status report certifying close of fact discovery and indicating whether expert discovery is needed | | | 12/20/19 |
| 5. Expert discovery (only if needed) | _Check here if not applicable_ ☐ | | |

[1] City defendants object to discovery proceeding in this matter while their motion pursuant to Rule 12 is pending, and will submit a more complete statement of their position to the Court separately.

Rev. 9-14-18

| | | | |
|---|---|---|---|
| Plaintiff expert proposed field of expertise: | Policies and practices regarding wiretapping | | |
| Defendant expert proposed field of expertise: | | | |
| | DONE | NOT APPLICABLE | DATE |
| a. Case-in-chief expert report due | | | 1/31/20 |
| b. Rebuttal expert report due | | | 2/28/20 |
| c. Depositions of experts to be completed | | | 4/3/20 |
| 6. Completion of ALL DISCOVERY | | | 4/3/20 |
| 7. Joint status report certifying close of all discovery and indicating whether dispositive motion is anticipated | | | 4/6/20 |
| 8. If District Judge requires Pre-Motion Conference, date to make request | | | 4/17/20 |
| 9. If District Judge does not require Pre-Motion Conference, date to submit briefing schedule | | | |
| 10. Joint Pre-Trial Order due (if no dispositive motion filed) | | | 5/15/20 |

### D. CONSENT TO MAGISTRATE JUDGE JURISDICTION

| | |
|---|---|
| 1. All parties consent to Magistrate Judge jurisdiction for dispositive motion? | ☐ Yes ☒ No |
| 2. All parties consent to Magistrate Judge jurisdiction for trial? | ☐ Yes ☒ No |

### E. COLLECTIVE ACTION AND CLASS ACTION MOTIONS ONLY

| | | | |
|---|---|---|---|
| 1. Motion for collective action certification in FLSA cases | | | |
| a. Response due | | | |
| b. Reply due | | | |
| 2. Motion for Rule 23 class certification | | | Within 90 days of the Court's disposition of all Rule 12 motions. |
| a. Response due | | | 30 days from Rule 23 motion |
| b. Reply due | | | 15 days from opposition. |

**This Scheduling Order may be altered or amended only upon a showing of good cause based on circumstances not foreseeable as of the date of this order.**

SO ORDERED:

*Peggy Kuo*                                    3/27/19
PEGGY KUO                                      Date
United States Magistrate Judge

Rev. 9-14-18