EMERY CELLI BRINCKERHOFF & ABADY LLP

RICHARD D. EMERY
ANDREW G. CELLI, JR.
MATTHEW D. BRINCKERHOFF
JONATHAN S. ABADY
EARL S. WARD
ILANN M. MAAZEL
HAL R. LIEBERMAN
DANIEL J. KORNSTEIN
O. ANDREW F. WILSON
ELIZABETH S. SAYLOR
KATHERINE ROSENFELD
DEBRA L. GREENBERGER
ZOE SALZMAN
SAM SHAPIRO

ATTORNEYS AT LAW
600 FIFTH AVENUE AT ROCKEFELLER CENTER
10TH FLOOR
NEW YORK, NEW YORK 10020

TEL: (212) 763-5000
FAX: (212) 763-5001
www.ecbalaw.com

CHARLES J. OGLETREE, JR.
EMERITUS

DIANE L. HOUK
JESSICA CLARKE

ALISON FRICK
DAVID LEBOWITZ
DOUGLAS E. LIEB
ALANNA KAUFMAN
EMMA L. FREEMAN
DAVID BERMAN
ASHOK CHANDRAN
MICHELE YANKSON

April 10, 2019

*Via ECF*

Hon. Peggy Kuo
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

   Re: *Rosenfeld & Garcia v. Lenich, et al.*, No. 18 Civ. 6720 (NGG)(PK)
     *Rosenfeld v. Lenich, et al.*, No. 17 Civ. 7299 (NGG)(PK)
     *Lemieux v. Lenich, et al.*, No. 18 Civ. 6721 (NGG)(PK)

Dear Judge Kuo:

  We represent plaintiffs in *Rosenfeld & Garcia v. Lenich, et al.*, No. 18 Civ. 6720 (NGG)(PK) and *Rosenfeld v. Lenich, et al.*, No. 17 Civ. 7299 (NGG)(PK). We write, jointly with all parties in the above-referenced cases and pursuant to the Court's March 28, 2019 Order, regarding settlement. The parties jointly request a settlement conference with the Court. The parties are available and propose that this conference take place on July 29, 30, or 31.

  We appreciate your attention to this matter.

            Respectfully submitted,

            /s/

            Richard D. Emery
            Samuel Shapiro
            Jessica Clarke

c.  All Counsel of Record, *via ECF*