UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------- x
DANIELLE ROSENFELD and VINCENT GARCIA,
on behalf of themselves and all others similarly situated,

                                              Plaintiff,

-against-

TARA LENICH; LU-SHAWN M. THOMPSON, as
Administrator of ESTATE OF KENNETH P. THOMPSON;
ERIC GONZALEZ; MARK FELDMAN;WILLIAM
SCHAEFFER; BRIAN DONOHUE WILLIAM POWER;
MICHAEL DOWLING; JOSEPH PIRAINO; ROBERT
KENAVAN; and THE CITY OF NEW YORK,

                                             Defendants.
------------------------------------------------------------------------- x

**NOTICE OF MOTION TO DISMISS THE COMPLAINT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(B)(6)**

18 CV 6720 (NGG) (PK)

        **PLEASE TAKE NOTICE** that upon the Declaration of Joshua J. Lax dated February 28, 2019, together with the exhibits annexed thereto; and Defendants' Memorandum of Law, dated February 28, 2019; and all pleadings and proceedings previously had herein, defendants The City of New York, Lu-Shawn Thompson, Eric Gonzalez, Mark Feldman, William Schaeffer, Brian Donohue, William Power, Michael Dowling, Joseph Piraino, and Robert Kenavan will move before the Honorable Nicholas G. Garaufis, U.S.D.J., at the United States Courthouse for the Eastern District of New York, located at 225 Cadman Plaza East, Brooklyn, New York 11201, at a date and time to be set by the Court, for an Order dismissing the Complaint, dated November 26, 2018, in its entirety against them pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, and granting such other and further relief as the Court deems just, proper, and equitable.

**PLEASE TAKE FURTHER NOTICE** that pursuant to the January 30, 2019 Order of the Honorable Nicholas G. Garaufis, U.S.D.J., plaintiff's opposition papers shall be served no later than March 29, 2019, and any Reply must be served no later than April 15, 2019.

Dated:   New York, New York
         February 28, 2019

                                    ZACHARY W. CARTER
                                    Corporation Counsel of the City of New York
                                    *Attorney for Defendants City of New York, Lu-Shawn Thompson, Eric Gonzalez, Mark Feldman, William Schaeffer, Brian Donohue, Willaim Power, Michael Dowling, Joseph Piraino and Robert Kenavan*
                                    100 Church Street
                                    New York, NY 10007
                                    (212) 356-3538
                                    agarman@law.nyc.gov

                              By:   _____
                                    Joshua J. Lax
                                    *Senior Counsel*

TO:   BY REGULAR MAIL AND ECF
      James I. Glasser, Esq.
      Tadhg Dooley, Esq.
      Wiggin and Dana LLP
      437 Madison Avenue, 35th Flr.
      New York, New York 10022

      Richard D. Emery, Esq.
      Emery Celli Brinckerhoff & Abady LLP
      600 5th Ave. 10th Fl.
      New York, NY 10020

      Eric M. Creizman, Esq.
      Jonathan A. Sorkowitz, Esq.
      Pierce Bainbridge Beck Price & Hecht LLP
      747 Third Avenue, Suite 200
      New York, NY 10017