# EMERY CELLI BRINCKERHOFF & ABADY LLP

RICHARD D. EMERY
ANDREW G. CELLI, JR.
MATTHEW D. BRINCKERHOFF
JONATHAN S. ABADY
EARL S. WARD
ILANN M. MAAZEL
HAL R. LIEBERMAN
DANIEL J. KORNSTEIN
O. ANDREW F. WILSON
ELIZABETH S. SAYLOR
KATHERINE ROSENFELD
DEBRA L. GREENBERGER
ZOE SALZMAN
SAM SHAPIRO

ATTORNEYS AT LAW
600 FIFTH AVENUE AT ROCKEFELLER CENTER
10TH FLOOR
NEW YORK, NEW YORK 10020

TEL: (212) 763-5000
FAX: (212) 763-5001
www.ecbalaw.com

CHARLES J. OGLETREE, JR.
EMERITUS

DIANE L. HOUK
JESSICA CLARKE

ALISON FRICK
DAVID LEBOWITZ
DOUGLAS E. LIEB
ALANNA KAUFMAN
EMMA L. FREEMAN
DAVID BERMAN
ASHOK CHANDRAN
MICHELE YANKSON

June 27, 2019

*Via ECF*

Hon. Peggy Kuo
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    *Rosenfeld & Garcia v. Lenich, et al.*, No. 18 Civ. 6720 (NGG) (PK)

Dear Judge Kuo:

      This firm, along with Wiggin and Dana, LLP, represent Plaintiffs in the above-referenced case. We write to request that Named Plaintiff Danielle Rosenfeld, who lives in California, be permitted to participate in the July 30, 2019 settlement conference by telephone. The other Named Plaintiff in this action—Vincent Garcia—will appear in person. Also, both Plaintiffs in the related cases (*Rosenfeld v. Lenich,* No. 17 Civ. 7299 (NGG) (PK) and *Lemieux v. Lenich*, No. 18 Civ. 6721 (NGG) (PK)) will attend in person as well. Defendants consent to this request.

      We thank the Court for its consideration of this request.

                                Respectfully submitted,

                                /s/

                              Richard D. Emery
                              Samuel Shapiro
                              Jessica Clarke

                              WIGGIN & DANA, LLP
                              James I. Glasser
                              Tadhg A.J. Dooley

c.     All Counsel of Record, *via ECF*