

|  | THE CITY OF NEW YORK | |
|---|---|---|
| **JAMES E. JOHNSON**<br>*Corporation Counsel* | **LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | **JOSHUA J. LAX**<br>*Senior Counsel*<br>jlax@law.nyc.gov<br>(212) 356-3538 (tel.)<br>(212) 356-3539 (fax) |

February 5, 2020

**BY ECF**
Honorable Peggy Kuo
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    **Danielle Rosenfeld, et. ano. v. Tara Lenich, et al., 18 CV 6720 (NGG) (PK)**
              **Jarrett Lemieux v. Tara Lenich, et al., 18 CV 6721 (NGG) (PK)**

Your Honor:

      I am an attorney in the office of James E. Johnson, Corporation Counsel of the City of New York, counsel for defendants City of New York, Kings County District Attorney Eric Gonzalez, Lu-Shawn Thompson as administrator of the Estate of Kenneth Thompson, Mark Feldman, William Schaefer, Brian Donohue, William Power, Michael Dowling, Joseph Piraino and Robert Kenavan (collectively, "City defendants") in the above-referenced matters. I write to advise the Court that plaintiffs and defendant Lenich in the above referenced matters have provided the settlement amounts to defendants in lieu of responding to defendants' motion. Further, following a pre-motion conference where the District Court expressed its dismay that defendants in the three related cases had not been provided with the settlement agreements between plaintiffs and defendant Lenich, that agreement has been produced. Defendants have served subpoenas for discovery related to the agreement, but no issue has arisen that is ripe for Court intervention thus far.

      Defendants thank the Court for its consideration of this request.

                           Respectfully submitted,

                           /s/

                         Joshua J. Lax
                         Senior Counsel
                         Special Federal Litigation Division

cc:   All counsel  **(By ECF)**