UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| DANIELLE ROSENFELD and VINCENT GARCIA, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>-against-<br><br>TARA LENICH; CITY OF NEW YORK; LU-SHAWN M. THOMPSON, AS ADMINISTRATOR OF ESTATE OF KENNETH P. THOMPSON; ERIC GONZALEZ; MARK FELDMAN; WILLIAM SCHAEFER; BRIAN DONOHUE; WILLIAM POWER; MICHAEL DOWLING; JOSEPH PIRAINO; and ROBERT KENAVAN,<br><br>Defendants. | No. 18 Civ. 6720 (NGG)(PK)<br><br>**NOTICE OF MOTION** |

PLEASE TAKE NOTICE that upon the Memorandum of Law in Support of Plaintiffs' Motion for Preliminary Approval of the Class Action Settlement, the Declaration of Richard D. Emery, dated August 7, 2020, and exhibits thereto, the Declaration of James I. Glasser, dated August 7, 2020, and upon all prior pleadings, Plaintiffs, by their counsel Emery Celli Brinckerhoff Abady Ward & Maazel, LLP ("ECBAWM") and Wiggin and Dana LLP ("Wiggin") will move this Court at the United States Courthouse, 225 Cadman Plaza East, Brooklyn, New York, before the Honorable Nicholas G. Garaufis, United States District Judge, for an Order:

(i)  Granting preliminary approval of the August 7, 2020 Settlement Agreement;

(ii)  Certifying the settlement class and appointing Plaintiffs Rosenfeld and Garcia as the class representatives and ECBAWM and Wiggin as class counsel for the settlement class;

1

(iii) Approving the form, content and manner of notice to the settlement class and authorizing notice to be distributed in that manner;

(iv) Approving RG2 Claims Administration LLC to serve as the Settlement Claims Administrator;

(v) Setting a hearing date for consideration of final approval of the settlement; and

(vi) Granting such other and further relief as may be just and proper.

Dated: August 7, 2020
New York, New York

        EMERY CELLI BRINCKERHOFF
         & ABADY LLP
        By:  /s
        Richard D. Emery
        Samuel Shapiro
        Scout Katovich
        600 Fifth Avenue, 10th Floor
        New York, New York 10020
        212-763-5000

        WIGGIN AND DANA, LLP
        James I. Glasser
        Tadhg Dooley
        437 Madison Avenue, 35th Floor
        New York, New York 10022
        (212) 490-1700

        *Attorneys for Plaintiffs*