UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| DANIELLE ROSENFELD and VINCENT GARCIA, on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>  -against-<br><br>TARA LENICH; CITY OF NEW YORK; LU-SHAWN M. THOMPSON, AS ADMINISTRATOR OF ESTATE OF KENNETH P. THOMPSON; ERIC GONZALEZ; MARK FELDMAN; WILLIAM SCHAEFER; BRIAN DONOHUE; WILLIAM POWER; MICHAEL DOWLING; JOSEPH PIRAINO; and ROBERT KENAVAN,<br><br>        Defendants. | No. 18 Civ. 6720 (NGG)(PK)<br><br>NOTICE OF MOTION |

PLEASE TAKE NOTICE that upon the Memorandum of Law in Support of Plaintiffs' Motion for Final Approval of the Class Action Settlement, the Declaration of Richard D. Emery, dated August 23, 2021, and exhibits thereto; the Declaration of James I. Glasser, dated August 23, 2021; the Declaration of Dana Boub, dated August 20, 2021, and exhibits thereto; and upon all prior pleadings, Plaintiffs, by their counsel Emery Celli Brinckerhoff Abady Ward & Maazel, LLP ("ECBAWM") and Wiggin and Dana LLP ("Wiggin") will move this Court at the United States Courthouse, 225 Cadman Plaza East, Brooklyn, New York, before the Honorable Nicholas G. Garaufis, United States District Judge, for an Order:

(i)      Granting final approval of the August 7, 2020 Settlement Agreement;

(ii)     Finally certifying the settlement class and appointing Plaintiffs Danielle Rosenfeld and Vincent Garcia as the class representatives and ECBAWM and Wiggin as class counsel for the settlement class;

1

(iii)   Approving a service award of $15,000 each for Named Plaintiffs Danielle Rosenfeld and Vincent Garcia;

(iv)   Approving Class Counsel's request for attorneys' fees in the amount of $1,066,666.66 and costs in the amount of $31,655.20; and

(v)   Granting such other and further relief as may be just and proper.

Dated: August 23, 2021
New York, New York

          EMERY CELLI BRINCKERHOFF
          &amp; ABADY LLP
          By:   /s
          Richard D. Emery
          Samuel Shapiro
          Scout Katovich
          600 Fifth Avenue, 10th Floor
          New York, New York 10020
          212-763-5000

          WIGGIN AND DANA, LLP
          James I. Glasser
          Tadhg Dooley
          437 Madison Avenue, 35th Floor
          New York, New York 10022
          (212) 490-1700

          *Attorneys for Plaintiffs*